IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RHONDA ROOD,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

8:25CV738

ORDER ON DEFENDANT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME

This case is before the Court on Defendant's Unopposed Motion for Extension of Time. Filing 14. Defendant seeks a 30-day extension, to June 26, 2026, to file his Motion to Affirm because workload demands prevent SSA agency counsel from providing necessary support under the current responsive deadline. Filing 14 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 14 at 1. The Court concludes that good cause exists for the requested extension. Accordingly,

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time, https://ecf.ned.uscourts.gov/doc1/11315870013 Filing 14, is granted. Defendant shall have to and including June 26, 2026, to file his Motion to Affirm.

Dated this 22nd Day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1