IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RHONDA ROOD,<br><br>  Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>  Defendant. | **8:25CV738**<br><br>**ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME** |

This case is before the Court on Defendant's Second Unopposed Motion for Extension of Time. Filing 16. Defendant seeks a 30-day extension, from June 26, 2026, to July 27, 2026, to file his Motion to Affirm because workload demands still prevent SSA agency counsel from providing necessary support under the first extended deadline. Filing 16 at 1. Defendant also represents that he has consulted with opposing counsel who has no objection to the request. Filing 16 at 1. The Court concludes that good cause exists for the requested second extension, but this is the last extension that the Court will give. Accordingly,

IT IS ORDERED that Defendant's Second Unopposed Motion for Extension of Time, Filing 16, is granted. Defendant shall have to and including July 27, 2026, to file his Motion to Affirm.

Dated this 30th Day of June, 2026.

BY THE COURT:

_____

Brian C. Buescher
United States District Judge

1